# IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY B. JOHNSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83568

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge. We affirm.[1]

Appellant Corey B. Johnson challenges the district court's August 31, 2021, order denying several pleadings treated collectively as a habeas petition challenging the revocation of Johnson's parole and the computation of his credits. Johnson previously filed a postconviction habeas petition challenging the parole revocation, which the district court denied in a November 25, 2020, order. As that decision was on the merits and Johnson has not alleged new or different grounds in the instant matter, the petition was successive. NRS 34.810(2). The petition was thus procedurally barred absent a showing of good cause and actual prejudice, which Johnson did not plead. *See* NRS 34.810(3). The district court therefore correctly

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary, NRAP 46A(c), and that oral argument is not warranted, NRAP 34(f)(3). This appeal therefore has been decided based on the pro se brief and the record. *Id.*

SUPREME COURT
OF
NEVADA

(O) 1947A

22-25189

applied the mandatory procedural bar. *See State v. Eighth Judicial Dist. Court (Riker)*, 121 Nev. 225, 231, 112 P.3d 1070, 1074 (2005).

Accordingly, we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Parraguirre

_____, J.
Silver

_____ Sr.J.
Gibbons

cc: Hon. Erika D. Ballou, District Judge
Corey B. Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A